**NANCY P. DOUMANIAN, ESQ.**, State Bar No.: 168925
**DOUMANIAN & ASSOCIATES**
837 South Fair Oaks Avenue, Suite 200
Pasadena, California 91105
Telephone: (626) 795-5802
Facsimile:  (626) 795-5832
Email: nancy@nancylaw.com

Attorneys for Defendant,
GLENDALE UNIFIED SCHOOL DISTRICT, a public entity

PUBLIC ENTITY DEFENDANT, NO FILING FEE PER GOV' T. CODE § 6103

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.A. a Minor by and through her Guardian ad Litem LARA ASMAR, ROGER ASMAR, and MARLIN NICOGHOSSIAN,<br><br>Plaintiff,<br><br>v.<br><br>GLENDALE UNIFIED SCHOOL DISTRICT; a public entity; MAXIM HEALTHCARE SERVICES, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-01101 DSF-E<br><br>Assigned to Judge Dale S. Fischer, Courtroom 7D<br><br>**ORDER ON STIPULATION AND PROTECTIVE ORDER REGARDING DISCOVERY CONCERNING MINOR PLAINTIFF'S SCHOOL, MEDICAL AND JUVENILE RECORDS** |

Having considered the parties' request, and good cause appearing therefor, the Court hereby approves the Stipulation of Counsel and Protective Order as filed on November 10, 2022.

# ORDER

GOOD CAUSE APPEARING, the Court hereby approves the Stipulation of Counsel and Protective Order as filed on November 10, 2022.

**IT IS SO ORDERED.**

DATED: 11/10/2022

/s/ Charles F. Eick
_____
THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

PUBLIC ENTITY DEFENDANT, NO FILING FEE PER GOV'T. CODE § 6103